UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH McCALLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 14-419 JPG/DGW |
| | ) |
| JAMES R. FARLEY, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's motion to dismiss (doc. 17) which is actually a stipulation to dismiss.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: January 15, 2015

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE